IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NAPOLEON CAMPOS,<br><br>　　Plaintiff,<br><br>vs.<br><br>EAST EL PASO PHYSICIANS<br>MEDICAL CENTER, LLC,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§　　EP-20-CV-91-DB<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. Plaintiff's Motion for Summary Judgment was granted on September 27, 2023.

2. Plaintiff has filed its Claim of Damages against Defendant East El Paso Physicians Medical Center, LLC for violations of Section 10(b) and 10(b)-(5) of the Securities Exchange Act of 1934 ("Exchange Act") and Section 27.01 of the Texas Business and Commerce Code;

3. Plaintiff's estate, on behalf of Plaintiff, shall recover from and against Defendant East El Paso Physicians Medical Center, LLC the amount of **$1,556.320.00** (consisting of compensatory damages ($624.370), exemplary damages ($750,000), and reasonable and necessary attorneys' fees ($181,950);

4. The taxable costs of court, as calculated by the clerk of the court, are assessed against Defendant.

SIGNED this 19th day of OCT., 2023.

_____
Honorable Judge David Briones
Senior U.S. District Court Judge

FINAL JUDGMENT